CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Guadalupe LOPEZ-Arvallo<br>YOB: 1983; Mexico Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>17-04469MJ |

Complaint for violation of Title 8, United States Code Section 1326(b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Count 1: On or about November 2, 2015, at or near Sierra Vista, Arizona, in District of Arizona, **Guadalupe LOPEZ-Arvallo**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Del Rio, Texas, on June 26, 2015, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Guadalupe LOPEZ-Arvallo** is a citizen of Mexico. On June 26, 2015, **Guadalupe LOPEZ-Arvallo** was lawfully denied admission, excluded, deported and removed from the United States through Del Rio, Texas. On November 2, 2015, agents found **Guadalupe LOPEZ-Arvallo** in the United States, at or near Sierra Vista, Arizona, without the proper immigration documents. **Guadalupe LOPEZ-Arvallo** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Guadalupe LOPEZ-Arvallo** admitted to illegally entering the United States of America, from Mexico, on or about October 30, 2015, at or near Naco, at a time or place other than as designated by immigration officials.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>/September 13, 2017<br>AUTHORIZED AUSA /s/ C. Nedder | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>M. Renteria |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>September 13, 2017 |

See Federal rules of Criminal Procedure Rules 3 and 54